UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TRACY P., RIC Z., RICHARD A.,
GERARD O., AND RENAISSANCE
MANOR, INC.**, a Florida not-for-profit
corporation,

    Plaintiffs,

v.                                             **Case No. 8:05-CV-927-T-27EAJ**

**SARASOTA COUNTY**, a political
subdivison of the State of Florida, and
**JOSEPH AND MARIA SERNA,**

    Defendants.
_____/

## ORDER

Before the court is the parties' **Joint Motion for Approval of Confidentiality Agreement** (Dkt. 37), filed on February 27, 2006. Also before the court is the parties' **Confidentiality Agreement** (Dkt. 38), filed on February 27, 2006.

Upon consideration, it is **ORDERED and ADJUDGED** that the **Joint Motion for Approval of Confidentiality Agreement** (Dkt. 37) is **GRANTED.** The court finds good cause for the issuance of this confidentiality and protective order. See Rule 26(c), Fed. R. Civ. P. Additionally, the provisions of the confidentiality agreement are specifically incorporated by reference within this order. However, in accordance with the provisions set forth in the motion and the agreement, nothing in this order shall authorize any party to file under seal, absent further court order, any confidential discovery material with the Clerk of the Court or at trial as such filings are subject to greater scrutiny due to the common law right to inspect and copy judicial records and public documents. See In re Alexander Grant & Co., 820 F.2d 352, 355 (11th Cir. 1987), aff'g 629

F. Supp. 593, 597 (S.D. Fla. 1986).

      **DONE AND ORDERED** in Tampa, Florida on this 2nd day of March, 2006.

_____
ELIZABETH A JENKINS
United States Magistrate Judge

Copies to:
Counsel of Record